JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ZENDEJAS, | Case No. SACV 20-0534 SVW (PVC) |
| Petitioner, | |
| v. | **JUDGMENT** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: July 27, 2021

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE